Certified Mail®/Return Receipt (PS Form 3811) No.: **7019 2970 0000 4676 8408**

# Exhibit A: Incident Report #20006117



# Incident Report #20006117



**TEXAS STATE UNIVERSITY POLICE**
601 UNIVERSITY DR
SAN MARCOS, TX 78666
PHONE: (512) 245-2805
FAX: (512) 245-8850

## Event Info

| Case Status | Date |
|---|---|
| SUSPENDED/CLOSED | 02/20/2020 |

| Date Reported | Time Reported | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| 02/20/2020 | 20:51 | 20:52 | 20:52 | 21:08 |

| Addr. of Occ. | | State | County | City | Zipcode |
|---|---|---|---|---|---|
| 201 SAN MARCOS SPRINGS DR *(Meadows Center)* | | TX | HAYS | SAN MARCOS | 78666 |

| Date Occ. Range | Time Occ. Range | District | Grid |
|---|---|---|---|
| 02/20/2020 - 02/20/2020 | 20:51 - 20:51 | SAN MARCOS CAMPUS | North East |

| Sub-Grid | Beat | Shift | How Reported |
|---|---|---|---|
| SPRING LAKE HALL / MEADOWS CENTER | SM | B | FIELD UNIT OBSERVATION |

| Dispatch Disposition | Disposition Tags |
|---|---|
| R | SUSPENDED/CLOSED |

**Synopsis**
CALL TYPE: CRIMINAL TRESPASS
Non Student issued a criminal trespass warning for the property.

**Dispatch Notes**
CALL TYPE: CRIMINAL TRESPASS
LP HLS9683 2/20/2020 8:52:18 PM
722 was flagged down by a suspicious vehicle while leaving the meadows center 2/20/2020 8:53:13 PM
Mark Watson driver will be issued a criminal trespass warning for the property 2/20/2020 8:57:38 PM

| Agency 1 | Initial Investigator |
|---|---|
| TEXAS STATE UNIVERSITY PD | Talbot, Travis |

**Offense Codes**
30.05(d)(1) CRIMINAL TRESPASS

## Classification  Completed

| Class | Subclass |
|---|---|
| MISCELLANEOUS | CRIMINAL TRESPASS WARNING |

| Hate/Bias Motivation | Premise | Type Security | Auto Weapon Indicator |
|---|---|---|---|
| NONE | SCHOOL - COLLEGE/UNIVERSITY | EXTERIOR LIGHTS | No |

| Suspected Using |
|---|
| NOT APPLICABLE |

## Suspect

| Name Type | Name | Address | Room/Apt |
|---|---|---|---|
| Suspect | WATSON, MARK JOSEPH | 1334 N INTERSTATE 35 TRLR 36 | 36 |

| City | State | Zip | DOB | Sex | Race | EO |
|---|---|---|---|---|---|---|
| SAN MARCOS | TX | 78666 | 04/24/1965 | M | WHITE | NON-HISPANIC |

| Height | Weight | Hair | Eyes | Class associations |
|---|---|---|---|---|
| 601 | 236 | BRO | BLU | MISCELLANEOUS/CRIMINAL TRESPASS WARNING |

## Victim (Government)

| Name Type | Name | Address | City | State |
|---|---|---|---|---|
| Government | STATE OF TEXAS | 601 UNIVERSITY DRIVE | SAN MARCOS | TX |

| Grid | Sub-Grid | Zip | Main |
|---|---|---|---|
| North East | SPRING LAKE HALL / MEADOWS CENTER | 78666 | (512) 245-2885 |

| Class associations |
|---|
| MISCELLANEOUS - CRIMINAL TRESPASS WARNING |

## Vehicle

| Record Type | Date Reported | Status | LIC Plate No | State |
|---|---|---|---|---|
| SUSPECT VEHICLE | 02/20/2020 | SUSPECT VEHICLE | HLS9683 | TX |

| Vehicle ID No | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| 3GTEC23099G199644 | 2009 | GMC | SIERRA | PICKUP | BLU |

| Vehicle Classification | Vehicle Owner |
|---|---|
| MISCELLANEOUS - CRIMINAL TRESPASS WARNING | WATSON, MARK JOSEPH (Suspect) |

## Narrative

| Written By | Date Written |
|---|---|
| Talbot, Travis | 02/20/2020 |

On 2-20-20, I, Travis Talbot badge # 138 was on duty, wearing my Police uniform and gear to include my department issued body worn camera and driving fully marked police unit 4040. At approximately 2051 hrs., I was conducting a security check at the 201 San Marcos Springs Dr. (Meadows Center), when I was flagged down by a facilities worker, who stated he was driving by and noticed an unknown truck parked by the facilities shed. I advised dispatch of the truck and began checking the area. At the time of the incident, I did not identify the facilities worker who flagged me down.

As I began checking the facilities shed on the northeast side of San Marcos Springs Dr., I observed a GMC Sierra bearing TXLP-HLS9683 to be parked in the grass, just north of the old golf course, just west of the facilities shed. I observed the truck to be parked off the roadway, on Texas State Property. I observed the truck to be running. Cpl. Rodriguez made initial contact with the driver, later identified as Mark Watson, DOB: 4-24-1965. (See Cpl. Rodriguez's Supplement)

As Cpl. Rodriguez was talking with Watson, I remembered that I had made contact with Watson back on 1-4-2020 for a suspicious person complaint at the Meadows Center. Back on 1-4-20, Watson had been sitting in his truck for an extended period of time by the trail just north of the golf course. Watson was identified and released back on 1-4-20.

I notified Cpl. Rodriguez about my previous incident with Watson at the Meadows Center. I explained to Watson that he could not be on Texas State Property after hours without permission. As I was explaining to Watson that Texas State owned the property he was currently on, he became argumentative and advised that we were committing a felony, since he had immunity. Watson stated to me that we needed to call a phone number on his passport that stated he was immune to any law enforcement actions.

Due to Watson being on Texas State Property after hours, I issued Watson a verbal criminal trespass warning for the Meadows Center and advised him he could not come back to the Meadows Center. Watson was released from the scene without incident. I went back in service with a offense report.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| Rodriguez, Michael | 02/21/2020 |

On 02/20/20 at approximately 2051hours, I, Cpl. Rodriguez, Michael #123 dressed in full UPD uniform and driving a fully marked patrol unit #4049 assisted Officer Talbot who was flagged down by a facilities worker while parked at the Meadow center.
Officer Talbot was notified of a Blue GMC pickup bearing TXLP-HLS9683 that was parked at maintenance shed across from the Spring lake hall.

I drove to where the reporting party stated the vehicle was parked. I activated my take down lights and Watch guard body camera as I pulled behind the GMC. I could see the vehicle was occupied with one male who was later identified to Officer Talbot as Mark Watson. I approached the driver side door and contacted Mark. I asked what he was doing sitting out here, he stated he was watching the deer. Officer Talbot came from behind me and stated he dealt with Mark back in January for the same issue. Officer Talbot made the decision to issue Mark a verbal CTW and asked for Mark to leave the area. Mark wanted us to call a number that was on his passport. I stated to Mark that we would not call the number and I had to explain the consequences of the CTW. Mark was not happy of the out come so Officer Talbot provided Mark a business card and advised he could call the numbers provided on the card.

We returned to our patrol vehicles and Mark left the area without incident.

## Supplemental Narrative

| Written By | Date Written |
|---|---|
| Arevalo, Arthur | 02/21/2020 |

title code changed from TRESPASSING - Trespassing, Government Property to MISCELLANEOUS - Criminal Trespass Warning.

noi.. aa#134

## Case Management

| Initial Investigator | Report Status | Approved By | Date Approved | Case Status |
|---|---|---|---|---|
| Talbot, Travis | Approved | Arevalo, Arthur | 02/21/2020 09:28 | SUSPENDED/CLOSED |

## Approval History

| Status | Approved By | Date |
|---|---|---|
| Approved | Arevalo, Arthur | 02/21/2020 09:17 |
| Approved | Arevalo, Arthur | 02/21/2020 09:28 |

## Investigative History

| Investigator | Team Name | Date |
|---|---|---|
| Talbot, Travis | PATROL | 02/20/2020 21:10 |